IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH A. CURRY, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 03-2858C |
| | ) | (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS**

Plaintiffs in the above-captioned civil action move the Court for a stay of proceedings pending this Court's decisions in Boyer v. United States, Case No. 00-641C; Wolfen v. United States, Case No. 03-2665C; and Antonsen v. United States, Case No. 04-163C.

In support of this motion plaintiffs submit the following:

On June 19, 2008, in the above-three captioned cases, defendant filed a motion for judgment on the pleadings. On July 21, 2008, plaintiffs filed their Opposition to Defendant's Motion for Judgment on the Pleadings, Dismissing the Claims Remaining to be Adjudicated. Plaintiffs recognize that the issues presented in the foregoing cases are in all material respects the same as those presented in the instant case. Plaintiffs believe that it would be unnecessarily duplicative for the Court and the parties to continue to file almost identical briefs in the instant case and propose that the Court stay further proceedings in this case until the Court has rendered decisions in the three above-captioned cases. Counsel for plaintiffs in the instant case has discussed this motion with counsel for defendant. Counsel for defendant, Shalom Brilliant, has authorized the undersigned to represent to the Court that defendant does not oppose the granting of this motion.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 296-1798
(202) 296-7220 facsimile

Counsel of Record

**s/Edgar James**
James & Hoffman, P.C.
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: July 22, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 22nd day of July 2008, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.